1   <u>**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**</u>

2   Name Hernández          Eduardo          A.

3           (Last)                    (First)                    (Initial)

4   Prisoner Number  J-37244

5   Institutional Address  5905 Lake Earl Dr., P.O. Box 7500

6   Crescent City, California 95532

7   UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

8   EDUARDO HERNÁNDEZ,

9   (Enter the full name of plaintiff in this action.)
    Plaintiff,

10          vs.                          **CV Case 13 5633**
                                         (To be provided by the Clerk of Court)

11  J.BEARD; M.CATE; R.E.BARNS; G.D.LEWIS;

12  C.DUCART; G.W.OLSON; T.WOODS; F.VANDERHOOFVEN;    **COMPLAINT UNDER THE**
                                                      **CIVIL RIGHTS ACT,**
                                                      **Title 42 U.S.C § 1983**
13  R.TURY; T.CABRERA; R.PRESLER; R.BUTCHER; D.YANG;
    J.CLEMONS; T.OSTEN; S.NAKAMURRA; LENTZ;          **(PR)**
14  M.CREED; M.MCLEAN; R.RIECH AND DOES 1-20,
    (Enter the full name of the defendant(s) in this action)
15  INCLUSIVE, Defendants.

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.      Exhaustion of Administrative Remedies.

18          [**Note:** You must exhaust your administrative remedies before your claim can go

19          forward.  The court will dismiss any unexhausted claims.]

20          A.      Place of present confinement  Pelican Bay State Prison, Crescent City, CA.

21          B.      Is there a grievance procedure in this institution?

22                          YES (X)      NO ( )

23          C.      Did you present the facts in your complaint for review through the grievance

24                  procedure?

25                          YES (X)      NO ( )

26          D.       If your answer is YES, list the appeal number and the date and result of the

27                  appeal at each level of review.  If you did not pursue a certain level of appeal,

28                  explain why.


COMPLAINT                              - 1 -

1    1.  Informal appeal _____ SEVERAL, Fully EXHAUSTED _____

2    _____

3    _____

4    2.  First formal level_____ ″ _____ ″ _____ ″ _____

5    _____

6    _____

7    3.  Second formal level_____ ″ _____ ″ _____ ″ _____

8    _____

9    _____

10   4.  Third formal level _____ ″ _____ ″ _____ ″ _____

11   _____

12   _____

13   E.    Is the last level to which you appealed the highest level of appeal available to

14   you?

15          YES (XX)      NO ( )

16   F.    If you did not present your claim for review through the grievance procedure,

17   explain why._____

18   _____

19   _____

20   II.    Parties.

21   A.    Write your name and your present address.  Do the same for additional plaintiffs,

22   if any.

23   Eduardo A. Hernández #J-37244

24   DIO/121  P.B.S.P/S.H.U                    SEE ATTACHED

25   P.O. BOX 7500                             COMPLAINT:
     Crescent City, CA. 95532                  PAGES 2-5 paragraphs
                                               5-24

26   B.    Write the full name of each defendant, his or her official position, and his or her

27   place of employment.

28   SEE ATTACHED COMPLAINT: PAGES 2-5 paragraphs 5-24

COMPLAINT                          - 2 -

1

2     SEE ATTACHED COMPLAINT: PAGES 2-5 PARAGRAPHS 5-24.

3

4    III.     Statement of Claim

5      State here as briefly as possible the facts of your case.  Be sure to describe how each

6 defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any

7 cases or statutes.  If you have more than one claim, each claim should be set forth in a separate

8 numbered paragraph.

9      SEE ATTACHED COMPLAINT: VI FACTS PAGES 7-28 PARAGRAPHS 28-182.

10

11

12

13

14

15

16

17

18

19

20

21

22    IV.     Relief

23      Your complaint cannot go forward unless you request specific relief.  State briefly exactly what

24 you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

25      SEE ATTACHED COMPLAINT: ~~VIII~~

26              X. PRAYER FOR RELIEF  PAGES 30-33.

27

28

COMPLAINT                  - 3 -

1   SEE ATTACHED COMPLAINT : X . PRAYER FOR RELIEF - PAGES 30-33.

2

3

4

5   I declare under penalty of perjury that the foregoing is true and correct.

6

7   Signed this _____ day of _____, 20 13

8

9                                        (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                              - 4 -