UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>T. WOODS, et al.,<br><br>Defendants. | Case No. 13-cv-05633-YGR  (PR)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants M. Creed, T. Cabrera, T. Osten, J. Clemons, V. Lentz, R. Tupy, D. Yang, T. Woods, S. Nakamura, F. Vanderhoofven, B. Newton, R. Presler, G. Pimentel, and R. Butcher ("Defendants") filed a request for an extension of time of sixty-two days through Monday, May 4, 2015, to file a motion for summary judgment or other dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request.  Accordingly, Defendants' request to change time to file a dispositive motion is GRANTED.  The time for Defendants to file a motion for summary judgment or other dispositive motion is extended for sixty-two days through **May 4, 2015**.  Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than **twenty-eight (28) days** from the date the dispositive motion is filed.  Defendants' reply brief is due no later than **fourteen (14) days** after service of the opposition.

This Order terminates Docket No. 30.

IT IS SO ORDERED.

Dated:  February 20, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge