UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>T. WOODS, et al.,<br><br>    Defendants. | Case No. 13-cv-05633-YGR (PR)<br><br>**ORDER GRANTING DEFENDANT D. YANG'S REQUEST FOR A SECOND EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION** |

    Good cause appearing, Defendant D. Yang's Request for Extension of Time is GRANTED.  Said defendant shall file his motion for summary judgment or other dispositive motion on or before **July 6, 2015**.  Defendant Yang shall coordinate with the other Defendants to file a joint motion for summary judgment or other joint dispositive motion.

    Plaintiff's opposition to the joint dispositive motion shall be filed with the Court and served upon Defendants no later than **twenty-eight (28) days** from the date the dispositive motion is filed.  Defendants' joint reply brief is due no later than **fourteen (14) days** after service of the opposition.

    This Order terminates Docket No. 42.

    IT IS SO ORDERED.

Dated: April 27, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge