UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>T. WOODS, et al.,<br><br>    Defendants. | Case No.  13-cv-05633-YGR (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR A SECOND EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION** |

Defendants S. Nakamura, F. Vanderhoofven, B. Newton, R. Presler, G. Pimentel, and R. Butcher ("Defendants") filed a request for a second extension of time to file a motion for summary judgment or other dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request is GRANTED. Defendants shall coordinate with Defendant D. Yang, who is represented by a different attorney, to file a joint motion for summary judgment or other joint dispositive motion. The time for Defendants to file a joint dispositive motion is extended for sixty-three days through **July 6, 2015**. Plaintiff's opposition to the joint dispositive motion shall be filed with the Court and served upon Defendants no later than **twenty-eight (28) days** from the date the joint dispositive motion is filed. Defendants' joint reply brief is due no later than **fourteen (14) days** after service of the opposition.

This Order terminates Docket No. 43.

IT IS SO ORDERED.

Dated: April 27, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge