UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDUARDO HERNANDEZ, | Case No. 13-cv-05633-YGR (PR) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER STAYING DISCOVERY PENDING A RULING ON DEFENDANTS' DISPOSITIVE MOTION CONCERNING THE DEFENSE OF QUALIFIED IMMUNITY** |
| T. WOODS, et al., | |
| Defendants. | |

Defendants M. Creed, T. Cabrera, T. Osten, J. Clemons, V. Lentz, R. Tupy, T. Wood, S. Nakamura, F. Vanderhoofven, B. Newton, R. Presler, G. Pimentel, and R. Butcher filed a motion to stay discovery pending the Court's ruling on Defendants' dispositive motion and the affirmative defense of qualified immunity. The motion asserts that all discovery should be stayed, including all discovery motions, until the issue of qualified immunity is resolved.

GOOD CAUSE APPEARING, Defendants' motion is GRANTED, and all discovery, including discovery motions, is stayed pending the Court's ruling on the affirmative defense of qualified immunity.

This Order terminates Docket No. 86.

IT IS SO ORDERED.

Dated: September 14, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge