1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    EDUARDO HERNANDEZ,                       Case No.  13-cv-05633-YGR  (PR)

             Plaintiff,                       **[PROPOSED] ORDER GRANTING
8                                             DEFENDANT YANG'S MOTION TO
             v.                               STAY DISCOVERY PENDING A
9                                             RULING ON DEFENDANTS' JOINT
     T. WOODS, et al.,                        DISPOSITIVE MOTION CONCERNING
10                                            THE DEFENSE OF QUALIFIED
             Defendants.                      IMMUNITY**
11

12          This Court having considered Defendant D. Yang's Motion to Stay Discovery, the papers

13   filed, and arguments made in support of and in opposition to the same, and good cause appearing,

14          IT IS ORDERED that discovery as to Defendant Yang in this matter is stayed pending

15   resolution of Defendant Yang's pending joint motion with the other Defendants on the threshold

16   question of qualified immunity.

17          This Order terminates Docket No. 82.

18          IT IS SO ORDERED.

19   Dated: October 29, 2015

20                                            _____
                                             YVONNE GONZALEZ ROGERS
21                                           United States District Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California