UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>T. WOODS, et al.,<br><br>    Defendants. | Case No. 13-cv-05633-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT** |

Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Joint Motion to Dismiss and Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' joint dispositive motion will be extended up to and including **February 1, 2016.**

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket No. 99.

IT IS SO ORDERED.

Dated:  January 20, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge