UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO HERNANDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>T. WOODS, et al.,<br><br>   Defendants. | Case No. 13-cv-05633-YGR (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINNISTRATIVE MOTION TO EXCEED PAGE LIMITATIONS FOR THEIR REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS** |

   Defendants seek leave of Court to exceed the page limitation by five pages for their joint reply to Plaintiff's opposition to Defendants' Joint Motion for Summary Judgment and Motion to Dismiss. Good cause appearing, Defendants' administrative motion to exceed the page limitation by five pages is granted.

   This Order terminates Docket No. 109.

   IT IS SO ORDERED.

Dated: February 18, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge