UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDUARDO HERNANDEZ,

    Plaintiff,

  v.

T. WOOD, et al.,

    Defendants.

Case No. 13-cv-05633-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendants' Joint Motion to Dismiss and Motion for Summary Judgment; and Addressing Plaintiff's Pending Motions,

IT IS ORDERED AND ADJUDGED

That pursuant to the Court's Order granting Defendants' joint motion for summary judgment, judgment is hereby entered in favor of the named Defendants against whom Plaintiff alleged his claims of deliberate indifference to safety, the use of excessive force, deliberate indifference to serious medical needs, due process, and conspiracy, and against Plaintiff.

That pursuant to the Court's Order granting Defendants' joint motion to dismiss, all remaining claims in this the action be dismissed.

And that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: March 18, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge